UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR418-087 |
| | ) | |
| JAQUAN SHAKUR SINGLETON, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On June 4, 2018, the Court ordered a forensic psychological examination of defendant Jaquan Singleton after finding reasonable cause to believe that he is presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial. Doc. 25. After evaluating Singleton at the Federal Detention Center in SeaTac, Washington, his examiners concluded that "[g]iven the defendant's refusal to cooperate and considering the discrepant and conflicting information, there is not enough information at this time to provide an opinion with any degree of certainty whether or not the defendant suffers from a mental disorder that would substantially impair his present ability to understand the nature and consequences of the court proceedings

brought against him, or substantially assist counsel in his defense." Doc. 30 at 7-8. "Out of an abundance of caution," therefore, the examining psychologist recommended that Singleton be committed for further evaluation and treatment "as part of competency restoration procedures." *Id.* at 8. On November 19, 2018, the Court heard argument from the parties, but no additional evidence was proffered.

Despite his examiners' inability to reach a definitive conclusion on his competency, there is unrebutted evidence that Singleton may not understand the charges against him or be able to assist in his defense. The examining psychologist's report indicates that in early interviews, Singleton expressed concerning opinions, *i.e.* that "God told him to crash his car at 80 miles per hour, [he] believes that aliens are among us, and [that] people have been replaced to look like someone else." Doc. 30 at 5. At the hearing, defense counsel also expressed his concern that Singleton did not understand the charges and was not able to meaningfully assist him. *See, e.g., United States v. David*, 511 F.2d 355, 360 (D.C. Cir. 1975) (noting "that in making a competency determination it may be very useful . . . to question both the defendant and his counsel"). Defendant declined

to make any statement at the hearing.

Given the unrebutted evidence and the examining psychologist's recommendation, the Court finds that competency restoration procedures are appropriate. It is therefore **RECOMMENDED** that the defendant be committed to the custody of the Attorney General, who should be **DIRECTED** to hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed. 18 U.S.C. 4241(d)(1); *see United States v. Donofrio*, 896 F.2d 1301, 1303 (11th Cir. 1990).

This R&R is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district

judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED** this 19th day of November, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA