IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR418-087
)
JAQUAN SHAKUR SINGLETON, )
)
Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 45.) After a careful review of the record, the Court concurs with the Report and Recommendation, which is **ADOPTED** as the Court's opinion in this case. Accordingly, it is the **JUDGMENT** of the Court that Defendant Jaquan Shakur Singleton is committed to the custody of the Attorney General for treatment in accordance with 18 U.S.C. § 4241(d). The Court **DIRECTS** that Defendant is to be placed immediately in a suitable facility for treatment for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. The Court further **DIRECTS** the director of the facility in which Defendant is hospitalized, pursuant to 18 U.S.C. § 4241(e),

to notify this Court when Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense by filing a certificate with the clerk of this Court. 18 U.S.C. § 4241(e).

SO ORDERED this 10th day of January 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA