IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR418-087 |
| ) | |
| JAQUAN SHAKUR SINGLETON, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 44.) After a careful review of the record, the Court concurs with the Report and Recommendation, which is **ADOPTED** as the Court's opinion in this case. Accordingly, it is the **JUDGMENT** of the Court that Defendant Jaquan Shakur Singleton is found competent to stand trial pursuant to 18 U.S.C. § 4241.

SO ORDERED this 27th day of April 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA